■ AVILDSEN v PRYSTAY.—Leave to appeal to Court of Appeals granted unless plaintiff-respondent files note of issue with statement of readiness to proceed to trial. Upon failure so to file, the motion for leave to appeal is granted, as indicated. Concur—Rosenberger, J. P., Wallach, Asch, Kassal and Smith, JJ.